NOVEMBER 8, 1950

**No, 54843.**—J. Jolles Studios, Inc. v. United States, protest 4733–K.

Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, NOVEMBER 14, 1950

**No. 54844.**—Continental Stones Corp. et al. v. United States, protests 150323–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54845.**—Anco Import Corp. et al. v. United States, protests 156954–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54846.**—American Meshed Fur Co. v. United States, protests 134346–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 54847.**—Gane & Ingram, Inc., et al. v. United States, protests 159577–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.